Williams  Estate.

Argued April 18, 1944.  Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*William B. Landis,* with him *A. A. Vosburg,* for appellants.

*John Memoro,* for appellee.

PER CURIAM, May 22, 1944:

The decree is affirmed on the opinion of the court below. Appellant to pay the costs.